PAINE *against* PARKER.

*VAN BEUREN,* (attorney-general,) and *Root,* for the plaintiff, moved to amend the declaration in this cause, so as to change the venue. The action was for a libel, and the cause having come on to trial, the jury were discharged.

*In an action for a libel, the declaration was allowed to be amended, so as to change the venue; it resting in the sound discretion of the court, under the circumstances of the case.*

*Sherwood,* contra. He cited *Barnes,* 479. 484. 1 *Wils.* 173. 2 *Str.* 1162. 1202. 3 *Johns. Rep.* 453.

*Per Curiam.* The practice of the court of king's bench, in *England,* is to allow the plaintiff to amend by changing the venue. It rests in the sound discretion of the court, and is not an ordinary motion to change the venue. Under the special circumstances disclosed in this case, we think proper to allow the venue to be changed to the county of *Albany.*

Motion granted.